UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEANETTE GILMORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:21-CV-02235 |
| ) | |
| **JOSE PEPPER'S** ) | |
| **RESTAURANTS, LLC** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jeanette Gilmore and Defendant Jose Pepper's Restaurants, LLC, stipulate that this matter is hereby dismissed in its entirely with prejudice, and with each party to bear her/its own costs, expenses, and attorneys' fees.

Respectfully submitted this 22nd day of December, 2021.

*/s/ Ivan L. Nugent*
Ivan L. Nugent
Lara K. Pabst
Stephen J. Moore
4520 Main Street, Suite 700
Kansas City, Missouri 64111
(816) 756-5800
inugent@krigelandkrigel.com
lpabst@krigelandkrigel.com
sjmoore@krigelandkrigel.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Tyler C. Hibler*
Tyler C. Hibler
Jessica A. Barranco
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
tyler.hibler@huschblackwell.com
jessica.barranco@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

HB: 4875-7158-1959.1